

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2015

No. 04-15-00390-CR

Rebecca Fayelayne **NELSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5543
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file their brief is GRANTED. The appellant's brief is due on or before January 4, 2016. No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court